# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD SWEENEY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BED BATH & BEYOND, INC.,<br><br>Defendant. | CIVIL ACTION NO:<br>2:16-CV-01927-KSH-CLW |

## STIPULATION OF DISMISSAL

Plaintiff Edward Sweeney and Defendant Bed Bath & Beyond, Inc. do hereby stipulate that this matter shall be voluntarily dismissed in its entirety with prejudice, with each party bearing its own costs.

Respectfully submitted this 2nd day of May, 2018.

| **KLAFTER OLSEN & LESSER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: /s/ Michael H. Reed<br>Seth R. Lesser<br>Michael H. Reed<br>Two International Drive, Suite 350<br>Rye Brook, New York 10573<br>Tel: (914) 934-9200<br>Fax: (914) 934-9220 | By: /s/ Drew Cleary Jordan<br>Drew Cleary Jordan<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Tel: 609.919.6600<br>drew.jordan@morganlewis.com |

1

| | |
|---|---|
| Jeffrey M. Gottlieb (admitted *pro hac vice*)<br>Dana L. Gottlieb (admitted *pro hac vice*)<br>**GOTTLIEB & ASSOCIATES**<br>150 East 18th Street<br>Suite PHR<br>New York, New York 10003<br>Telephone: (212) 228-9795<br>Facsimile: (212)982-6284<br>NYJG@aol.com<br>DanaLGottlieb@aol.com<br><br>**ATTORNEYS FOR PLAINTIFF** | Gregory T. Parks (admitted *pro hac vice*)<br>Kristin M. Hadgis<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel: 215.963.5000<br>gregory.parks@morganlewis.com<br>kristin.hadgis@morganlewis.com<br><br>**ATTORNEYS FOR DEFENDANT BED BATH & BEYOND, INC.** |

IT IS SO ORDERED: 5/4/18

_____
Honorable Katharine S. Hayden, U.S.D.J.

2